| | |
|---|---|
| Michael R. Reese<br>Carlos F. Ramirez<br>mreese@reeserichman.com<br>cramirez@reesellp.com<br>Reese LLP<br>100 West 93rd St, 16th Fl<br>New York, NY 10025<br>Phone:   914-860-4994<br>Facsimile:   212-253-4272<br><br>George V. Granade<br>ggrenade@reeserichman.com<br>Reese LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Phone:   310-393-0070<br>Facsimile:   212-253-4272<br><br>Spencer Sheehan<br>spencer@spencersheehan.com<br>Sheehan & Associates, P.C.<br>505 Northern Blvd, Ste 311<br>Great Neck, NY 11021<br>Phone:   516-303-0552<br>Facsimile:   516-234-7800<br><br>*Attorneys for Plaintiff*<br>*Amanda Caudel* | David T. Biderman<br>dbiderman@perkinscoie.com<br>Perkins Coie LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721<br>Phone:   310.788.9900<br>Facsimile:   310.788.3399<br><br>Thomas J. Tobin<br>ttobin@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Phone:   206.359.8000<br>Facsimile:   206.359.9000<br><br>*Attorneys for Defendant*<br>*Amazon.com, Inc.* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA CAUDEL, *individually, and on behalf of those similarly situated,*<br><br>         Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>         Defendant. | Case No. 2:20-cv-00848-KJM-KJN<br><br>**JOINT STIPULATION AMENDING BRIEFING SCHEDULE AND CONTINUING SCHEDULING CONFERENCE; ORDER** |

149786290.1

JOINT STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE
2:20-CV-00848-KJM-KJN

This Joint Stipulation is made with reference to the following facts:

1. Defendant filed a motion to dismiss on October 26, 2020;
2. The hearing date on the motion to dismiss is January 22, 2021 at 10:00 a.m;
3. Whereas, Plaintiff's counsel needs additional time to file the opposition;
4. Whereas, the parties have met and conferred and agreed to the following revised briefing schedule:

   Plaintiff's Opposition:	December 15, 2020
   Defendant's Reply:	January 8, 2021

5. Whereas, the hearing date will remain the same.

Accordingly, the parties HEREBY STIPULATE:

- The briefing schedule for the anticipated FRCP Rule 12 Motion shall be amended as follows:

    a. The deadline for the filing of Plaintiff's Opposition is December 15, 2020;
    b. The deadline for the filing of Defendant's Reply is January 8, 2021; and
    c. The hearing date remains the same as previously scheduled for January 22, 2021 at 10:00 a.m.

Respectfully submitted,

DATED: November 24, 2020

By: s/ Michael R. Reese
Michael R. Reese
Carlos F. Ramirez
mreese@reeserichman.com
cramirez@reesellp.com
Reese LLP
100 West 93rd St, 16th Fl
New York, NY 10025
Phone:        914-860-4994
Facsimile:    212-253-4272

George V. Granade
ggrenade@reeserichman.com
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Phone:        310-393-0070
Facsimile:    212-253-4272

Spencer Sheehan
spencer@spencersheehan.com
Sheehan & Associates, P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone:        516-303-0552
Facsimile:    516-234-7800

*Attorneys for Plaintiff*
*Amanda Caudel*

By: s/ David T. Biderman
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Perkins Coie, LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Phone:        310.788.9900
Facsimile:    310.788.3399

Thomas J. Tobin, Bar No. 319538
TTobin@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:   206.359.8000
Facsimile:    206.359.9000

*Attorneys for Defendant*
*Amazon.com, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED: November 30, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE