THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA CAUDEL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 2:22-cv-00401-RSM <br><br> DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1, Defendant Amazon.com, Inc., makes the following corporate disclosure statement:

Amazon.com, Inc., has no parent corporation, and no publicly held corporation owns 10 percent or more of Amazon.com, Inc.'s stock.

//
//
//
//
//
//
//
//

CORPORATE DISCLOSURE STATEMENT – 1
(No. 2:22-cv-00401-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

156403988

| | |
|---|---|
| Dated: April 7, 2022 | By: <u>s/ Charles C. Sipos</u><br>Charles C. Sipos, Bar No. 32825<br>Mallory Gitt Webster, Bar No. 50025<br>Thomas J. Tobin, Bar No. 55189<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Fax: 206.359.9000<br>Email: CSipos@perkinscoie.com<br>Email: MWebster@perkinscoie.com<br>Email: TTobin@perkinscoie.com<br><br>David T. Biderman (*pro hac vice pending*)<br>**Perkins Coie LLP**<br>1888 Century Park East, Suite 1700<br>Los Angeles, California 90067-1721<br>Telephone: 415.344.7000<br>Fax: 415.344.7050<br>Email: DBiderman@perkinscoie.com |

CORPORATE DISCLOSURE STATEMENT – 2
(No. 2:22-cv-00401-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

156403988