THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA CAUDEL, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 2:22-cv-00401-RSM <br><br> ORDER GRANTING STIPULATED MOTION REGARDING CONSOLIDATION AND BRIEFING SCHEDULE <br><br> NOTE ON MOTION CALENDAR: August 12, 2022 |

This matter comes before the Court on Plaintiffs Amanda Caudel, Allison Carranza-Moreno, Cathy Diomartich, Shaney Scott, Mary Baron, Calhea Johnson, Malika McLean, and Tony Watson ("Plaintiffs") and Defendant Amazon.com, Inc.'s ("Amazon") Stipulated Motion Regarding Consolidation and Briefing Schedule. ECF No. 62 (Aug. 12, 2022). The Court, having thoroughly considered the Stipulated Motion, the applicable law, and the relevant portions of the record, GRANTS the Motion.

    1.    Pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42(b), the actions *Caudel v. Amazon.com, Inc.*, No. 2:22-cv-00401-RSM and *Baron v. Amazon.com, Inc.*, No. 2:22-cv-00446-RSM, pending before the undersigned judge are consolidated for all purposes because the actions involve common questions of law and fact.

2. The consolidation is without prejudice to and does not affect in any way Amazon's rights, remedies, defenses, objections, and legal arguments. Plaintiffs agree that by not opposing consolidation, Amazon has not waived or acted in any way inconsistently with any right, remedy, defense, objection, or legal argument.

3. All papers filed in the Consolidated Action shall be filed under Case No. 2:22-cv-00401-RSM, the number assigned to the first-filed case, and shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON PRIME VIDEO LITIGATION                Master File No. 2:22-cv-00401-RSM

This Document Relates To:

4. The case file for the Consolidated Action will be maintained under Master File Number 2:22-cv-00401-RSM. When a pleading or paper is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading or paper is not intended to apply to all actions, the docket number for each individual action to which the pleading or paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above.

5. Plaintiffs shall file a Consolidated Complaint no later than September 12, 2022.

6. Amazon shall file its response to the Consolidated Complaint no later than November 14, 2022.

7. Plaintiffs shall file their response to Amazon's response to the Consolidated Complaint no later than January 13, 2023.

8. Amazon shall file its reply, if any, in support of its response to the Consolidated Complaint no later than February 3, 2023.

9. Plaintiffs need not file a copy of the proposed amended consolidated complaint that shows "how [the proposed amended consolidated complaint] differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." Local Rules W.D. Wash. LCR 15.

DATED this 19th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED MOTION
(No. 2:22-cv-00401-RSM) – 3

*s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 32825
Mallory Gitt Webster, Bar No. 50025
Thomas J. Tobin, Bar No. 55189
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: CSipos@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: TTobin@perkinscoie.com

David T. Biderman (*pro hac vice*)
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 415.344.7000
Fax: 415.344.7050
Email: DBiderman@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

Approved as to form by:

*s/ Jennifer Rust Murray (with permission)*
Beth. E. Terrell, Bar No. 26759
Jennifer Rust Murray, Bar No. 36983
**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: 206.816.8869
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com

*s/ Carlos F. Ramirez (with permission)*
Michael R. Reese (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
**Reese LLP**
100 West 93rd St, 16th Fl
New York, NY 10025
Telephone: 914.860.4994
Fax: 212.253.4272
Email: mreese@reesellp.com
Email: cramirez@reesellp.com

George V. Granade (*pro hac vice*)
**Reese LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211

ORDER GRANTING
STIPULATED MOTION
(No. 2:22-cv-00401-RSM) – 4

Phone: 310.393.0070
Fax: 212.253.4272
Email: ggrenade@reesellp.com

Spencer Sheehan (*pro hac vice*)
**Sheehan & Associates, P.C.**
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone: 516.303.0552
Fax: 516.234.7800
Email: spencer@spencersheehan.com

*Attorneys for Plaintiffs*

ORDER GRANTING
STIPULATED MOTION
(No. 2:22-cv-00401-RSM) – 5