1
2
3
4
5

THE HONORABLE RICARDO S. MARTINEZ

6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13

*IN RE: AMAZON PRIME VIDEO LITIGATION*

This Document Relates To: All Actions

Master File No. 2:22-cv-0401-RSM

STIPULATED MOTION AND ORDER REGARDING DISCOVERY AND CLASS-CERTIFICATION BRIEFING SCHEDULE

NOTE ON MOTION CALENDAR: MAY 2, 2024

14
15

**STIPULATION**

16  Pursuant to Local Civil Rules 7(d)(1) and 10(g) and the Court's March 15, 2024, Order,
17  ECF No. 83, Plaintiffs Mary Baron, Amanda Caudel, Allison Carranza-Cordero, Cathy
18  Diomartich, Calhea Johnson, Malika McLean, Shaney Scott, and Tony Walton (collectively,
19  "Plaintiffs") and Amazon.com, Inc. ("Amazon") (together with Plaintiffs, the "Parties"), by and
20  through their undersigned counsel, stipulate to the following schedule regarding discovery and
21  class-certification briefing in the above-captioned matter. The Parties conferred through their
22  counsel and agreed upon the proposed schedule below.
23
24
25
26

STIPULATION AND ORDER – 1
(No. 2:22-cv-0401-RSM)

**Perkins Coie LLP**
1201 Third Ave., Ste. 4900
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| Event | Proposed Date |
|---|---|
| **Close of Fact Discovery** | April 25, 2025 |
| **Close of Expert Discovery** | July 11, 2025 |
| **Close of Rebuttal Expert Discovery** | August 25, 2025 |
| **Deadline for Motion for Class Certification** | October 9, 2025 |
| **Deadline for Amazon's Opposition to Class Certification Motion** | November 24, 2025 |
| **Deadline for Plaintiffs' Reply Brief in Support of Motion for Class Certification** | December 15, 2025 |

The Parties therefore respectfully request that the Court enter the following proposed order and set the deadlines above for discovery and class-certification briefing in this action.

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER – 2
(No. 2:22-cv-0401-RSM)

**Perkins Coie LLP**
1201 Third Ave., Ste. 4900
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: May 2, 2024

| | |
|---|---|
| By: *s/ Michael Reese (with permission)*<br>Carlos F. Ramirez, Pro Hac Vice<br>Michael Robert Reese, Pro Hac Vice<br>**Reese LLP**<br>100 West 93rd Street, Suite 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Email: cramirez@reesellp.com<br>Email: mreese@reesellp.com<br><br>George V. Granade, II, Pro Hac Vice<br>8484 Wilshire Blvd., Suite 515<br>**Reese LLP**<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>Email: ggranade@reesellp.com<br><br>Spencer Sheehan, Pro Hac Vice<br>**Sheehan & Associates, P.C.**<br>505 Northern Blvd., Suite 311<br>Great Neck, New York 11021<br>Telephone: (516) 303-0552<br>Email: spencer@spencersheehan.com<br><br>By: *s/ Kim. D Stephens (with permission)*<br><br>Kim D. Stephens, WSBA No. 11984<br>Rebecca L. Solomon, WSBA No. 51520<br>**Tousley Brain Stephens PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br>Email: kstephens@tousley.com<br>Email: rsolomon@tousley.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Charles C. Sipos*<br>Charles C. Sipos, WSBA No. 32825<br>Mallory Gitt Webster, WSBA No. 50025<br>Thomas J. Tobin, WSBA No. 55189<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: CSipos@perkinscoie.com<br>Email: MWebster@perkinscoie.com<br>Email: TTobin@perkinscoie.com<br><br>*Attorneys for Defendant<br>Amazon.com, Inc.* |
STIPULATION AND ORDER – 3
(No. 2:22-cv-0401-RSM)

**ORDER**

This matter is before the Court on the Parties' Stipulation regarding a schedule for discovery and class-certification briefing. Pursuant to the Stipulation, **IT IS SO ORDERED.**

DATED this 2nd day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE