THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *IN RE: AMAZON PRIME VIDEO LITIGATION*<br><br>This Document Relates To: All Actions | Master File No. 2:22-cv-0401-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY AND CLASS- CERTIFICATION BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR: JULY 14, 2025 |

## **STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Mary Baron, Amanda Caudel, Allison Carranza-Cordero, Cathy Diomartich, Calhea Johnson, Malika McLean, Shaney Scott, and Tony Walton (collectively, "Plaintiffs") and Amazon.com, Inc. ("Amazon") (together with Plaintiffs, the "Parties"), having conferred through their counsel, agree and stipulate to a modest extension of three months to the deadlines for discovery and class-certification briefing currently set forth in the Court's March 12, 2025, Order (ECF No. 89).

Good cause exists for the Parties' requested extension. The Parties have been continuing to engage in good faith on discovery and working cooperatively to search for, review, and produce responsive documents and information. The Parties have been diligently conducting that work, and their efforts are ongoing. The Parties have therefore agreed to a modest extension of the current case schedule to provide sufficient time for completing document productions and depositions

STIPULATION AND [PROPOSED] ORDER – 1
(No. 2:22-cv-0401-RSM)

**Perkins Coie LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

(including of the eight named plaintiffs) and briefing class certification. The Parties have previously requested one short extension as to these deadlines, and this additional modest extension would not affect any other deadlines as no schedule has been set beyond class certification.

The Parties have therefore agreed to the proposed dates below.

| Event | Current Date | Proposed Date |
|---|---|---|
| **Close of Fact Discovery** | July 24, 2025 | October 24, 2025 |
| **Close of Expert Discovery** | October 13, 2025 | January 13, 2026 |
| **Close of Rebuttal Expert Discovery** | November 25, 2025 | February 25, 2026 |
| **Deadline for Motion for Class Certification** | January 9, 2026 | April 9, 2026 |
| **Deadline for Amazon's Opposition to Class Certification Motion** | February 24, 2026 | May 26, 2026 |
| **Deadline for Plaintiffs' Reply Brief in Support of Motion for Class Certification** | March 16, 2026 | June 16, 2026 |

The Parties respectfully request that the Court enter the following proposed order and set the deadlines above for discovery and class-certification briefing in this action.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER – 2
(No. 2:22-cv-0401-RSM)

**Perkins Coie LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 | Dated: July 14, 2025

2

3

4 | By: *s/ Michael Robert Reese*
*(with permission)*

By: *s/ Mallory Gitt Webster*

5 | Carlos F. Ramirez, Pro Hac Vice
Michael Robert Reese, Pro Hac Vice
**Reese LLP**
6 | 100 West 93rd Street, Suite 16th Floor
New York, New York 10025
7 | Telephone: (212) 643-0500
Email: cramirez@reesellp.com
8 | Email: mreese@reesellp.com

Charles C. Sipos, WSBA No. 32825
Mallory Gitt Webster, WSBA No. 50025
Thomas J. Tobin, WSBA No. 55189
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSipos@perkinscoie.com
9 | George V. Granade, II, Pro Hac Vice
8484 Wilshire Blvd., Suite 515
10 | **Reese LLP**
Los Angeles, California 90211
11 | Telephone: (310) 393-0070
Email: ggranade@reesellp.com

Email: MWebster@perkinscoie.com
Email: TTobin@perkinscoie.com

*Attorneys for Defendant
Amazon.com, Inc.*

12

13 | Spencer Sheehan, Pro Hac Vice
**Sheehan & Associates, P.C.**
505 Northern Blvd., Suite 311
14 | Great Neck, New York 11021
Telephone: (516) 303-0552
15 | Email: spencer@spencersheehan.com

16 | By: */s Rebecca L. Solomon*
*(with permission)*
17

18 | Kim D. Stephens, WSBA No. 11984
Rebecca L. Solomon, WSBA No. 51520
19 | **Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
20 | Seattle, Washington 98101
Telephone: (206) 682-5600
21 | Email: kstephens@tousley.com
Email: rsolomon@tousley.com

22 | *Attorneys for Plaintiffs*

23

24

25

26

STIPULATION AND [PROPOSED] ORDER – 3
(No. 2:22-cv-0401-RSM)

**Perkins Coie LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

This matter is before the Court on the Parties' Stipulation regarding an amended schedule for discovery and class-certification briefing. Pursuant to the Stipulation, **IT IS SO ORDERED.**

Dated this 16th day of July, 2025.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER – 4
(No. 2:22-cv-0401-RSM)

182560235