THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON PRIME VIDEO LITIGATION | Case No. 2:22-cv-00401-RSM |
| | **NOTICE OF RELATED CASES** |
| This Document Relates To: All Actions | |

Pursuant to Local Civil Rule 3(g)(3), Amazon.com, Inc. submits this Notice of Related Cases. The above-captioned action is substantially related to *Lisa Reingold v. Amazon.com Services LLC*, No. 2:25-cv-01601-JHC, filed on August 21, 2025, and currently pending before the Honorable John H. Chun. This action (*In re: Amazon Prime Video Litigation*) has been pending since March 30, 2022.

*Reingold* and this action are substantially related because they both involve the same defendant and similar underlying factual and legal issues. *See* LCR 3(g)(4)(a). The plaintiffs in both actions assert on behalf of putative nationwide classes of consumers (and certain state subclasses) claims alleging that consumers who buy digital content through Amazon Prime Video are misled about the nature of their purchase. *See* Dkt. No. 64 ¶ 6; *Reingold*, No. 2:25-cv-01601-

NOTICE OF RELATED CASES – 1
(No. 2:22-cv-00401-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

JHC, Dkt. No. 1 ¶ 1. Specifically, the plaintiffs in both actions contend, among other things, that consumers do not understand they are buying such content subject to a limited license that could theoretically be revoked at some point by the content provider, that Amazon allegedly does not sufficiently disclose that information, and that the video content is worth less than they paid for it because of the license. *See* Dkt. No. 64 ¶ 45-73; *Reingold*, No. 2:25-cv-01601-JHC, Dkt. No. 1 ¶¶ 21-35. The plaintiffs in both actions seek similar damages and relief. *See* Dkt. No. 64 ¶¶ 74-169; *Reingold*, No. 2:25-cv-01601-JHC, Dkt. No. 1 ¶¶ 43-88.

Given the substantial overlap, Amazon filed a Notice of Related Case in the *Reingold* action and explained that transferring the *Reingold* action to the Honorable Ricardo S. Martinez as related to this first-filed and pending action (*In re: Amazon Prime Video Litigation*) would eliminate unnecessary duplication of effort and expense; reduce the burden on the Court, parties, and witnesses; reduce delay; and mitigate the risk of conflicting results.

Dated: September 11, 2025

By: *s/ Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Mallory Gitt Webster, WSBA No. 50025
Thomas J. Tobin, WSBA No. 55189

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSipos@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: TTobin@perkinscoie.com

*Attorneys for Amazon.com, Inc.*

NOTICE OF RELATED CASES – 2
(No. 2:22-cv-00401-RSM)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000