UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *IN RE: AMAZON PRIME VIDEO LITIGATION*<br><br>This Document Relates To: All Actions | Master File No. 2:22-cv-0401-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY AND CLASS- CERTIFICATION BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 29, 2025 |

## **STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Mary Baron, Amanda Caudel, Allison Carranza-Cordero, Cathy Diomartich, Calhea Johnson, Malika McLean, Shaney Scott, and Tony Walton (collectively, "Plaintiffs") and Amazon.com, Inc. ("Amazon") (together with Plaintiffs, the "Parties"), having conferred through their counsel, agree and stipulate to an extension of sixty (60) days to the deadlines for discovery and class-certification briefing currently set forth in the Court's July 16, 2025 Order (ECF No. 98).

Good cause exists for the Parties' requested extension. The Parties have continued to engage in good faith on discovery and work cooperatively to search for, review, and produce responsive documents and information. Further good cause exists for the requested extension in that the Parties have been engaged in regular communications over the past several weeks in an effort to resolve this matter without the need for further litigation. Finally, a new matter was

STIPULATION AND ORDER – 1
(No. 2:22-cv-0401-RSM)

recently deemed related to the instant litigation and transferred to this Court's docket: *Reingold v. Amazon.com Services LLC*, Case No. 2:25-cv-1601-RSM (ECF No. 9). The Parties are therefore conferring as to the coordination of *Reingold* with the pendency of this action.

The Parties have therefore agreed to a sixty-day extension of the current case schedule to allow for additional time as reflected in the dates below. The Parties have previously requested two short extensions as to these deadlines, and this additional modest extension would not affect any other deadlines as no schedule has been set beyond class certification.

The Parties have therefore agreed to the proposed dates below.

| Event | Current Date | Proposed Date |
|---|---|---|
| **Close of Fact Discovery** | October 24, 2025 | December 23, 2025 |
| **Close of Expert Discovery** | January 13, 2026 | March 16, 2026 |
| **Close of Rebuttal Expert Discovery** | February 25, 2026 | April 27, 2026 |
| **Deadline for Motion for Class Certification** | April 9, 2026 | June 8, 2026 |
| **Deadline for Amazon's Opposition to Class Certification Motion** | May 26, 2026 | July 27, 2026 |
| **Deadline for Plaintiffs' Reply Brief in Support of Motion for Class Certification** | June 16, 2026 | August 17, 2026 |

The Parties respectfully request that the Court enter the following proposed order and set the deadlines above for discovery and class-certification briefing in this action.

//

Dated: September 29, 2025

By: *s/ Michael Robert Reese (with permission)*
Carlos F. Ramirez, Pro Hac Vice
Michael Robert Reese, Pro Hac Vice
**Reese LLP**
100 West 93rd Street, Suite 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: cramirez@reesellp.com
Email: mreese@reesellp.com

George V. Granade, II, Pro Hac Vice
8484 Wilshire Blvd., Suite 515
**Reese LLP**
Los Angeles, California 90211
Telephone: (310) 393-0070
Email: ggranade@reesellp.com

Spencer Sheehan, Pro Hac Vice
**Sheehan & Associates, P.C.**
505 Northern Blvd., Suite 311
Great Neck, New York 11021
Telephone: (516) 303-0552
Email: spencer@spencersheehan.com

By: */s Rebecca L. Solomon (with permission)*
Kim D. Stephens, WSBA No. 11984
Rebecca L. Solomon, WSBA No. 51520
**Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: rsolomon@tousley.com

*Attorneys for Plaintiffs*

By: *s/ Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Mallory A. Gitt, WSBA No. 50025
Thomas J. Tobin, WSBA No. 55189
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSipos@perkinscoie.com
Email: MGitt@perkinscoie.com
Email: TTobin@perkinscoie.com

*Attorneys for Defendant
Amazon.com, Inc.*

**ORDER**

This matter is before the Court on the Parties' Stipulation regarding an amended schedule for discovery and class-certification briefing. Pursuant to the Stipulation, **IT IS SO ORDERED.**

Dated: October 6, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER – 4
(No. 2:22-cv-0401-RSM)